```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED:  5/9/2022            │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

TERESA MCCOY,                                  :
                                               :          21-CV-4907 (VEC)
                              Plaintiff,        :
            -against-                           :          ORDER
                                               :
THE TJX COMPANIES, INC.,                        :
                                               :
                              Defendant.        :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 6, 2022, a pre-trial conference was held by teleconference;

IT IS HEREBY ORDERED that the Plaintiff must complete the 30(b)(6) deposition of the Defendant by no later than **June 13, 2022**;

IT IS FURTHER ORDERED that the deadline for Defendant's motion for summary judgment is **September 2, 2022**; Plaintiff's opposition is due **September 20, 2022**; and Defendant's reply is due **October 14, 2022**;

IT IS FURTHER ORDERED that expert discovery is STAYED pending a decision on Defendant's motion for summary judgment.

**SO ORDERED.**

**Date:  May 9, 2022**                          **VALERIE CAPRONI**
**New York, New York**                          **United States District Judge**