# EXHIBIT "H"







P 0002