EXHIBIT "J"

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TERESA MCCOY,

                                    PLAINTIFF,

          -against-      21 CV 04907 (VEC)


THE TJX COMPANIES, INC.,

                                    DEFENDANT.
----------------------------------------X

                    DATE: April 25, 2022

                    TIME: 10:04 A.M.


        DEPOSITION of the Defendant, TJX

COMPANIES, INC., by a witness, JAMIE PENNA,

taken by the Plaintiff, pursuant to a Notice

and to the Federal Rules of Civil Procedure,

held at the reported date and time, before

Germila Donald, a Notary Public of the State

of New York.



Page 2

```
 1

 2    A P P E A R A N C E S:

 3

      LAW OFFICES OF MICHAEL G. O'NEILL, ESQ.
 4        Attorneys for the Plaintiff
          TERESA MCCOY
 5        217 Broadway, Suite 306
          New York, New York 10007
 6        BY: MICHAEL G. O'NEILL, ESQ.

 7

 8    SIMMONS JANNACE DELUCA, LLP
          Attorneys for the Defendant
 9        THE TJX COMPANIES, INC.
          43 Corporate Drive
10        Hauppauge, New York 11788
          BY: MARY C. AZZARETTO, ESQ.
11

12

13        *      *      *

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 3

1

2     F E D E R A L   S T I P U L A T I O N S

3

4        IT IS HEREBY STIPULATED AND AGREED by

5     and between the counsel for the respective

6     parties herein that the sealing, filing and

7     certification of the within deposition be

8     waived; that the original of the deposition

9     may be signed and sworn to by the witness

10    before anyone authorized to administer an

11    oath, with the same effect as if signed

12    before a Judge of the Court; that an

13    unsigned copy of the deposition may be used

14    with the same force and effect as if signed

15    by the witness, 30 days after service of the

16    original & 1 copy of same upon counsel for

17    the witness.

18

19        IT IS FURTHER STIPULATED AND AGREED

20    that all objections except as to form, are

21    reserved to the time of trial.

22

23            *     *     *     *

24

25



Page 4

```
 1                    J. PENNA
 2     J A M I E   P E N N A, called as a witness,
 3     having been first duly sworn by a Notary
 4     Public of the State of New York, was
 5     examined and testified as follows:
 6     EXAMINATION BY
 7     MR. O'NEILL:
 8          Q.    Please state your name for the
 9     record.
10          A.    Jamie Penna.
11          Q.    Where is your place of business?
12          A.    The store is at 795 Columbus
13     Avenue, New York, New York 10025.
14               MS. AZZARETTO:  I just want to put
15          a statement on the record that the
16          witness reserves her right to make
17          changes to the transcript, please.
18               MR. O'NEILL:  Okay, noted.
19          Q.    Good morning, is it Ms. Penna?
20          A.    Yes.
21          Q.    How are you?
22          A.    Pretty good.  And yourself?
23          Q.    I'm trying, thanks.  Have you ever
24     been deposed before?
25          A.    Not that I recall.  First time.
```



```
 1                     J. PENNA

 2       Q.   I am sorry?

 3       A.   No, I have not.

 4       Q.   I'm sure your lawyer went over the

 5  rules with you.  I think the most important

 6  thing is to remember that we have a

 7  reporter whose job it is to take down

 8  everything that we say.  And she can only do

 9  that properly if only one person talks at a

10  time.  Sometimes it will be very obvious

11  what my question is before I finish it, but

12  please let me finish so that the

13  reporter can get it down and then get your

14  answer properly as well.

15            If you want to take a break at any

16  time let me know.  If you have any questions

17  about the process, you can ask me or you can

18  take a break and ask your lawyer.  You can

19  take a break at any time you want as long as

20  you finish answering whatever question that

21  I have asked.  So are you ready to begin?

22       A.   Yes.

23       Q.   What is your position or title?

24       A.   Store manager.

25       Q.   For whom?
```



Page 6

```
 1                    J. PENNA
 2        A.   HomeGoods.
 3        Q.   A what store are you a manager of?
 4        A.   I'm in HomeGoods in the Upper West
 5   Side 795 Columbus Avenue.
 6        Q.   Is that the location of the
 7   incident in this lawsuit?
 8        A.   That's correct.
 9        Q.   How long have you been a store
10   manager there?
11        A.   It was three years now.
12        Q.   How long have you been employed by
13   by HomeGoods?
14        A.   TJX Companies, nineteen years.
15        Q.   Nineteen years?
16        A.   Yes.
17        Q.   And before you were the store
18   manager of your current store, what was your
19   job or position?
20        A.   Still store manager, different
21   location.
22        Q.   Could you tell me?
23             MS. AZZARETTO:  She said store
24        manager different location.
25        Q.   How long have you been a store
```



Page 7

```
 1                    J. PENNA
 2    manager?
 3        A.   I would say ten years now.
 4        Q.   Okay.  Do you have anything other
 5    than an iPhone to use to connect to this
 6    deposition?
 7        A.   No, I do not.
 8             MR. O'NEILL:  It is very
 9        difficult.
10        Q.   Do you understand that you have
11    been designated by TJX Companies to be a
12    witness in this case?
13        A.   Yes, I do.
14        Q.   And do you understand that there
15    are certain areas that you had been
16    designated to testify about?
17        A.   Yes, I am aware.
18        Q.   What have you done to prepare to
19    testify with respect to those subject
20    matters?
21        A.   Other than?
22             MS. AZZARETTO:  Other than with
23        conversation with Counsel.
24             MR. O'NEILL:  Right.  I don't want
25        to know anything about what you spoke
```



Page 8

```
 1                    J. PENNA
 2      about to your counsel.
 3      A.   Nothing else.  I brought myself
 4   according to what we do everyday as a
 5   company.  I have been with the company for a
 6   long time.  Other than that I have not done
 7   anything other than that.
 8      Q.  Mm-hmm.  Let us take each the
 9   subject matter one by one.  Were you shown
10   the deposition notice that lists the subject
11   matters?
12          MR. O'NEILL:  I have shown the
13          witness Exhibit 5, which is the March
14          11, 2022 deposition notice for this
15          deposition.
16      Q.   Ms. Penna, have you seen this
17   document before?
18      A.   We talked about the event, yes.
19          MS. AZZARETTO:  He does not want
20          to know what we talked about.  He just
21          wants to know if you saw that actual
22          document.
23      A.   No. I did not.
24      Q.   Were you given a list of subject
25   matters in writing by anybody?
```



Page 9

```
 1                    J. PENNA
 2      A.   Not --
 3           MS. AZZARETTO:  Just yes or no.
 4      A.   No.
 5      Q.   How were you informed as to what
 6  subject matters you would be testifying
 7  about?
 8           MS. AZZARETTO:  Note my objection
 9           to any reference of conversation
10           between the witness and myself.
11           MR. O'NEILL:  If she tells me if
12           that is how she learned.
13           MS. AZZARETTO:  You are allowed to
14           tell him if that is how you learned
15           about the subject matter.  Just do not
16           tell him anything about what we
17           discussed Jaime.
18      Q.   Do you understand what I am asking
19  you?
20      A.   Besides -- so I know about the
21  event, obviously what happened.
22      Q.   How do you know about the event?
23           MS. AZZARETTO:  Again, note my
24           objection.  He just wants to know did
25           you prepare for the subject matter of
```



Page 10

```
 1                 J. PENNA

 2      this deposition based on the

 3      conversations between myself and you.

 4      A.    No.

 5      Q.    My question is, how do you know

 6  about the event?

 7      A.    Because they told me that I would

 8  testify.

 9      Q.    Okay.

10            MS. AZZARETTO:  Note my objection.

11      Q.    Were you there at the store when

12  Ms. McCoy fell down?

13      A.    I was not at this location yet.

14  But I did work for the company.

15            MR. O'NEILL:  Can you read the

16      answer back.  I am having a hard time

17      understanding.

18            (Whereupon, the referred-to

19      question and answer was read back by

20      the Certified Stenographer.)

21      Q.    So the first subject matter that

22  you testified to is the location of the

23  video cameras in the store.  Are you able to

24  testify to with respect to that?

25      A.    The location of the cameras is
```



1               J. PENNA

2    something usually handled by the lost and

3    prevention department, but yes, I just know

4    that yes it is a system that is running.

5    And I don't know if it captures depending on

6    where the cameras are located.  I don't

7    know.  I have no idea where the cameras are

8    located 100 percent, unless the visible

9    ones.

10         MS. AZZARETTO:  He is asking

11      specific question.  He wants to know if

12      you can testifying today regarding the

13      topic of the location of the video

14      cameras in the store.

15      A.   I do not have information about

16    cameras.

17      Q.   Okay.  So you can not testify to

18    subject matter number one; is that correct?

19      A.   That's correct.

20      Q.   Okay.  Subject matter two is the

21    maintenance availability or disposition of

22    videos from the store cameras taken on the

23    day of the occurrence.  Do you have any

24    information with respect to that subject

25    matter?



Page 12

```
1                    J. PENNA

2        A.    I do not.

3        Q.    Number three is the store's

4   routine for conducting daily safety

5   inspections or sweeps.  Do you have any

6   information with respect to that subject

7   matter?

8        A.    Yes, daily routines are recovery

9   happens on the day.  Ask the associates to

10  put goods on the shelf, so throughout the

11  day we do have recovery throughout the day.

12  And what it means by that is making sure

13  that we pick up stuff off the floor and put

14  it back where it belongs.

15       Q.    Is there say schedule for making

16  safety inspections or sweeps.

17       A.    No, we have this -- no, there is

18  no notation on the paper or checklist for

19  that.  It happens to be something that is a

20  regular routine.

21       Q.    What do you mean by regular

22  routine?

23       A.    Something that happens throughout

24  the day, daily.

25       Q.    It happens daily.  Is that what
```



Page 13

```
 1                      J. PENNA
 2   you said?
 3        A.    Throughout the day.
 4        Q.    How many times throughout the day?
 5        A.    There is no count.  Unless they
 6   are assigned by area.  Circle around
 7   according to what they are doing during the
 8   day, putting stuff away.  But it is
 9   throughout the day.  There is no count
10   noted.  It is done as need.
11        Q.    You said done as needed?
12        A.    Yes.
13        Q.    And how do you determine if it is
14   needed?
15        A.    According to the condition on the
16   floor.  Anything obviously out of place put
17   it where it belongs.  The associate puts it
18   back where it belongs.
19        Q.    Isn't that the purpose of a safety
20   sweep to see if there is something out of
21   place where it does not belong?
22        A.    That's correct.  It happens
23   throughout the day.
24        Q.    But if the purpose of the safety
25   sweep is to see what isn't in place and you
```


MAGNA
LEGAL SERVICES

Page 14

```
 1                    J. PENNA
 2    say it is done as need when somebody sees
 3    that it is out of place, it seems kind of
 4    circular to me.  Do you understand my
 5    confusion?
 6            MS. AZZARETTO:  If you do, if not
 7        just tell him.
 8            MR. O'NEILL:  Mary, I don't need
 9        the interruptions really.  Everything
10        is if she knows.
11            MS. AZZARETTO:  It is not an
12        interruption.
13            MR. O'NEILL:  It is an
14        interruption.  It is not an objection.
15        It is an instruction and I don't want
16        that.
17            MS. AZZARETTO:  The question is
18        not clear and I want to make sure she
19        understands.
20            MR. O'NEILL:  She can tell me if
21        she does not understand.  Don't.
22            The question was, does she
23        understand the question.  I don't know
24        how that it is unclear.
25            MS. AZZARETTO:  She can answer.  I
```



1                    J. PENNA

2        want to make sure she understands.  She

3        should only be answering if she

4        understands.

5            MR. O'NEILL:  That goes for every

6        question you went to need to highlight

7        that.

8            MS. AZZARETTO:  Sometimes the

9        witness needs to be reminded.

10       A.   I don't understand the confusion.

11  It is what we do on a daily basis.  The team

12  is on a routine.

13       Q.   How many documents generated as a

14  result of this safety sweeps?

15       A.   No.

16       Q.   How do you know if the safety

17  sweep has been done?

18       A.   Because the manager inspected the

19  area.  So it is organized.  Every area has a

20  supervisor.  Throughout the day somebody is

21  in charge.  And they respond to putting the

22  goods out there and making sure throughout

23  the day recover after doing what they are

24  doing.

25       Q.   Can you explain that in a little



Page 16

```
 1                    J. PENNA
 2   more detail please?
 3       A.   Okay.  Every area of the store has
 4   a supervisor that is responsible for the
 5   standard of the departments of the area of
 6   the store throughout day before they shift
 7   ends.  That is what they do.  So they go
 8   around making sure they merchandise and they
 9   recover the area throughout the day.
10            When that person leaves someone
11   else takes over one of the part-times as
12   well.
13       Q.   Well, you are saying that the
14   manager goes and inspects when the shift
15   ends?
16       A.   Yes.
17       Q.   What are the shifts?
18       A.   They are different shifts.  So we
19   have opening manager, we have closing
20   manager, mid-manager.  They recover the
21   store.
22       Q.   I thought you said there was a
23   supervisor for every section of the store?
24       A.   Yes.  They are called
25   coordinators.  So the managers we have are
```



```
 1                    J. PENNA
 2   coordinators, actually supervisors of the
 3   areas in the store.
 4        Q.   What is the area where my client
 5   fell, what area is that called?
 6        A.   According to what I know about the
 7   case, it was the big ticket area or
 8   furniture area.
 9        Q.   There was a supervisor for that
10   area I take it?
11        A.   Yes, every area has a supervisor.
12        Q.   So the supervisor for the
13   furniture area, would that person have any
14   other area that he or she would be
15   responsible for?
16        A.   Just that area of furniture
17   includes the furniture and rugs.  So that
18   part of the store.
19        Q.   So you said furniture, what was
20   the other word you used?
21        A.   The other furniture include the
22   four mirrors and area rugs.
23        Q.   How big is that area?
24        A.   I would say no more than -- all
25   combined.  Not that it would not be no more
```



Page 18

1                    J. PENNA

2   than ten feet combined I would say.

3        Q.    You said ten feet?

4        A.    Yes, I would not know like

5   measurement.  In square feet, but it is not

6   a big area.

7        Q.    So when you say ten feet you mean

8   like ten feet long and ten feet wide?

9        A.    Around, yes.

10       Q.    And would the supervisor be in

11  that area all the time?

12       A.    Throughout his shift, yes.  And

13  when the person goes somewhere else,

14  somebody else covers all the time.

15       Q.    Would there be anybody else

16  working in that area other than the

17  supervisor?

18       A.    Yes.

19       Q.    And strictly in that area?

20       A.    Yes.

21       Q.    And how many other people would be

22  working in that area?

23       A.    A lot of older people.  According

24  to how busy the store is.  That requires

25  carryout which is bringing merchandise



```
1                    J. PENNA

2    outside for the customer as well.

3        Q.    The people carrying merchandise

4    would not be there all the time, would they?

5        A.    At that point in time if somebody

6    was actually doing a carryout at that point

7    in time they had a second person, I'm not

8    sure.  I know we do have coverage for two

9    people depending on how busy we are.

10       Q.    So at any given time in this

11   furniture area that you have described,

12   there would be at least two people at any

13   given time?

14       A.    At least not an even time, so I

15   would say the weekend is always.

16       Q.    Are you including the supervisor

17   in that count?

18       A.    Yes.

19       Q.    So there would be at least the

20   supervisor and one other person at any given

21   time?

22       A.    Yes.

23       Q.    So category number six is the

24   staffing or provisions of security guards at

25   the store on date of the occurrence.  Can
```



Page 20

```
 1                    J. PENNA

 2     you testify with respect to that subject

 3     matter?

 4          A.    Not -- that is a different

 5     requirement.  I'm not aware of there might

 6     have been or not been in the store at that

 7     point in time.  So I will say it is a

 8     different department.  So I would say no.

 9          Q.    What department handles security

10     guards?

11          A.    That is the lost prevention

12     department.

13               MS. AZZARETTO:  Let us take a

14          break for a couple minutes, okay.  I

15          need a three-minute break and we will

16          be right back, okay.

17               (Whereupon, an off-the-record

18          discussion was held.)

19               MR. O'NEILL:  Back on the record.

20          Q.    Ms. Penna, while we were on the

21     break your attorney said there was some

22     confusion about my questions about the

23     security cameras; is that correct?

24          A.    Yes.

25          Q.    What was the confusion or
```



1                    J. PENNA

2    misunderstanding?

3        A.    About the department itself.

4    Because it is a different department.  Yes,

5    I do know the general -- probably go about

6    the day when it comes to that department,

7    but I don't -- I can't answer questions like

8    factual about where is this or the other

9    because I do not know, but yes I do know the

10   general about the lost prevention

11   department.  Yes, I do testify about the

12   general when it comes to that department.

13       Q.    Can you testify as to how many

14   security cameras or how many cameras are in

15   the store at all?

16       A.    I can testify yes, there are

17   cameras, but I do not have a count.

18       Q.    Do you know where the cameras are?

19       A.    Yes.  The store pertaining to the

20   area in question, yes, there are cameras

21   back there.  Do I know if they that day

22   capture where the event happened, I don't

23   have that answer.  But yes, there are

24   cameras in all areas of the store.

25       Q.    When you say there are cameras in



```
 1                    J. PENNA
 2   the areas where the event happened, what are
 3   you referring to?
 4        A.   Well, we do know that the event
 5   happened what we call the furniture area.
 6   There are cameras all over the sales floor
 7   when it come to lost prevention.  So that I
 8   know.  So there are cameras around the sales
 9   floor.
10        Q.   That store has two levels,
11   correct?
12        A.   Yes.
13        Q.   Is the furniture area on the
14   ground floor or is it in the basement level?
15        A.   The main department which is
16   downstairs, but they to feature furniture
17   upstairs as well.
18        Q.   Where is it that you understand
19   that the event took place?
20        A.   All I know from records is it is
21   close to the furniture department.
22        Q.   On the ground floor or in the
23   basement?
24        A.   In the basement.
25        Q.   When you first walk into the store
```



Page 23

```
 1                    J. PENNA
 2    there is an aisle; is that correct?
 3        A.    There is an aisle on the main
 4    floor upstairs we are referring.  So we do
 5    have merchandise to the left and to the
 6    right, yes.
 7        Q.    What is that area called?
 8        A.    It is called the accessory
 9    department.
10        Q.    Is there a supervisor for that
11    area?
12        A.    There is actually a supervisor for
13    every area, yes.
14        Q.    How large is that area?
15        A.    I would say about 19 feet probably
16    I want to say.
17        Q.    So 19 feet long?
18        A.    Yes, because it is on the wall.
19    Whatever accessory and merchandise it is, it
20    is on the wall.
21        Q.    And the supervisor for that area,
22    does he or she have any other areas that he
23    or she is responsible for?
24        A.    Yes.  Usually around the same
25    perimeter upstairs.
```



Page 24

```
 1                    J. PENNA
 2        Q.   What does that mean?
 3        A.   Around the same area not far from.
 4   They have different areas, yes.  That is
 5   according to the home decor.
 6        Q.   Would the supervisor -- could we
 7   call that the accessory area?
 8        A.   Upstairs, yes.
 9        Q.   Would the supervisor for the
10   accessory area be able to see the entire
11   area?
12        A.   Yes.  It is in plain sight, yes.
13        Q.   And that supervisor would be in
14   that area for his or her entire shift; is
15   that correct?
16        A.   Throughout the day, yes.
17        Q.   And would there be anybody else
18   working in that area?
19        A.   It could be at times helping out
20   or having a break, yes.
21        Q.   So at any given time, how many
22   people store employees would be in that
23   area?
24        A.   Throughout the day from the
25   supervisor to the part-timers, it could be
```



Page 25

1                         J. PENNA

2    many.  I would say up to five depending.

3         Q.    Okay.

4         A.    Depending on the coverage.

5         Q.    If any of these employees saw

6    something out of place, would it be the

7    employees duty to fix it?

8         A.    Yes.  And to put it away.

9         Q.    Are you able to tell me where the

10   video cameras are on the first floor are

11   located?

12        A.    There is one by the entrance that

13   I recall.  I think I know there is a monitor

14   that picks up the motions.  And a camera by

15   the entrance.  And the count specifically I

16   don't have the count, but on the top floor

17   there should be about two or three.

18        Q.    Would they cover all of the sales

19   floors?

20        A.    Yes.

21        Q.    And what happened to the videos

22   that are recorded?

23        A.    Like I said, I do not have no

24   access to that that.  It is a different

25   department.  I do know that -- the only



Page 26

1                       J. PENNA

2   thing I know is that there comes a report

3   now.  Do they have footage of whatever

4   happened of the incident that day, I'm not

5   sure.  The cameras actually moved as well.

6   So they have recording different places of

7   the store.  They might change positions, if

8   I may say.  They rotate.  So they stay fixed

9   in one area.  They might be recording the

10  front.  And at one point it might switch

11  back and record the side or vice versa.

12      Q.   When you say they move, you mean

13  the cameras takes a sweep of different

14  areas?

15      A.   Yes.

16      Q.   And how long does it take to go

17  from one end to the other end?

18      A.   I do not have that information.

19      Q.   My question is, the cameras

20  record, correct?

21      A.   That's correct.  They should be

22  recording.

23      Q.   And these are digital recordings

24  on some sort of computer hard drive?

25      A.   I suppose, yes.



Page 27

1                    J. PENNA

2        Q.   And what happens to those

3    recordings?

4        A.   I do not have that information.

5    No.  It might be -- I'm not sure.  It might

6    happen same day recording, I don't know,

7    after a period of time.  That is probably

8    disposed from the system itself.  I'm not

9    sure.  I don't have the complete answer, but

10   I know it continues to recycle and record.

11   That is all I know.

12       Q.   Who would be able to answer that

13   question?

14       A.   That would be the lost prevention

15   department.  It has nothing to do with the

16   store.

17       Q.   You say the lost prevention

18   department has nothing to do with the store?

19       A.   No, I said it has nothing to do

20   with management.  We do not manage the

21   cameras.

22       Q.   Well, I understand that.  If I

23   needed to have this question answered about

24   what happens to the recordings, how long

25   they are kept, where are they kept, that



Page 28

```
 1                    J. PENNA

 2    would be the lost prevention department; is

 3    that correct?

 4        A.   That's correct.

 5        Q.   And you didn't talk to them to get

 6    answers to those question; is that correct?

 7        A.   No, I did not.

 8        Q.   Who would be able to answer

 9    questions about the staffing of security

10    guards at the store?

11        A.   I know what we do on a daily basis

12    when it comes to support from that

13    department.  I can speak on the general

14    coverage.

15        Q.   I am not sure I heard.

16        MS. AZZARETTO:  Respeak your

17        answer.

18        A.   I can testify when it cones to the

19    coverage that they actually give the store.

20        Q.   What do you mean by that?

21        A.   The work specifically -- they work

22    for HomeGoods, but not for a management

23    team.  But I can speak to the general

24    position and when it comes to their schedule

25    whether they work.
```



Page 29

1                    J. PENNA

2       Q.    Could you tell me what the

3    schedule for security guards is, is that

4    what you are saying?

5       A.    When it comes to the support

6    usually the coverage support to the store

7    when it comes to coverage.

8       Q.    You are using terms and I'm not

9    sure I understand properly.  When you say

10   support, what do you mean?

11      A.    We all support coverage, the

12   coverage in the store.

13      Q.    Just the presence of the security

14   guard that is what you mean by support?

15      A.    Exactly, yes.

16      Q.    My question is a little bit

17   different I suppose.

18            Obviously when there is a security

19   guard in the store, somebody knows who that

20   security guard is, correct?

21      A.    At that point in time, yes.  Every

22   day.

23      Q.    Who would know that?

24      A.    The management team is usually

25   aware are of who is covering.



Page 30

```
 1                    J. PENNA
 2        Q.    Aware of what?
 3        A.    The management team should know
 4   who they have for coverage.
 5        Q.    Are these employees of HomeGoods
 6   TJX?
 7        A.    They are employees of TJX
 8   Companies, yes.
 9        Q.    TJX?
10        A.    Yes, TJX company.
11        Q.    So the security guards are
12   actually employed by TJX Company?
13        A.    The lost prevention department,
14   yes.
15        Q.    So they would have employment
16   records that would indicate who was employed
17   as a security guard in the store, correct?
18        A.    That is correct.
19        Q.    So if you wanted to know who the
20   security guards were on a given day,
21   somebody would be able to give you that
22   information, correct?
23        A.    I would say so, yes.
24        Q.    Would that be the lost prevention
25   department?
```



Page 31

1                    J. PENNA

2        A.    They are the ones that schedule,

3    so yes.

4        Q.    Do you know where the records are

5    or who has the records that would be able to

6    identify the security guard who was working

7    on the first floor when my client fell?

8        A.    I don't have -- all I know is the

9    lost prevention department is run by a

10   different department.  Not by the store

11   management team.  I could talk to the

12   general, the coverage like where do they

13   work, what do they do.  But I do not have

14   access to the records.

15       Q.    Do you understand that my client

16   fell because a couple of stools were stacked

17   one on top of the other?

18       A.    Yes, I'm aware of it.

19       Q.    Does the company know who did that

20   stacking?

21       A.    We are not aware.  It could have

22   happened -- it could be anybody putting it

23   on top of each other.  It could have been

24   customers shopping.  It could have been

25   anything.



Page 32

1                    J. PENNA

2       Q.   And my question is, does the

3   company know who did that?

4       A.   Not that I am aware.  I don't have

5   that answer.

6       Q.   Did you do anything to find out?

7       A.   Anything like?

8       Q.   Like ask somebody.

9       A.   No, I do not have any access to

10  video, anything.  I did not ask.  I am aware

11  of the event.

12      Q.   Who would be responsible for that

13  particular display?

14      A.   Whoever was in charge of that

15  point of that area.

16      Q.   And it was a supervisor?

17      A.   That would be a supervisor, yes.

18      Q.   And also the other employees in

19  the area?

20      A.   Yes.

21      Q.   So they would all have

22  responsibility with respect to that display

23  area?

24      A.   That's correct.

25           MR. O'NEILL:  I don't have any



Page 33

```
 1                    J. PENNA

 2          further questions.  Thank you.

 3              MS. AZZARETTO:  You are done

 4          Jaime.  Thank you.

 5              (Whereupon, at  10:47 A.M., the

 6          Examination of this witness was

 7          concluded.)

 8

 9                    °      °     °     °

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 34

```
 1                    J. PENNA
 2              D E C L A R A T I O N
 3
 4       I hereby certify that having been first
 5   duly sworn to testify to the truth, I gave
 6   the above testimony.
 7
 8       I FURTHER CERTIFY that the foregoing
 9   transcript is a true and correct transcript
10   of the testimony given by me at the time and
11   place specified hereinbefore.
12
13
14
15                    _____
                               JAMIE PENNA
16
17
18   Subscribed and sworn to before me
19   this _____ day of _____ 20___.
20
21
     _____
22     NOTARY PUBLIC
23
24
25
```



Page 35

```
 1                    J. PENNA
 2              E X H I B I T S
 3
 4   PLAINTIFF'S EXHIBITS:
 5
 6   EXHIBIT     EXHIBIT
 7   NUMBER      DESCRIPTION              PAGE
 8   (None)
 9
10                  I N D E X
11
12   EXAMINATION BY                       PAGE
13   MR. O'NEILL                            4
14
15
16    INFORMATION AND/OR DOCUMENTS REQUESTED
17   INFORMATION AND/OR DOCUMENTS        PAGE
18   (None)
19
20        QUESTIONS MARKED FOR RULINGS
21   PAGE LINE QUESTION
22   (None)
23
24
25
```



Page 36

```
 1                    J. PENNA

 2              C E R T I F I C A T E

 3

 4     STATE OF NEW YORK )
                          :  SS.:
 5     COUNTY OF KINGS   )

 6

 7        I, GERMILA DONALD, a Notary Public for

 8     and within the State of New York, do hereby

 9     certify:

10        That the witness whose examination is

11     hereinbefore set forth was duly sworn and

12     that such examination is a true record of

13     the testimony given by that witness.

14        I further certify that I am not related

15     to any of the parties to this action by

16     blood or by marriage and that I am in no way

17     interested in the outcome of this matter.

18        IN WITNESS WHEREOF, I have hereunto set

19     my hand this 25th day of April 2022.

20

21

22        _____
                    GERMILA DONALD
23

24

25
```



**A**

**A.M**
1:11 33:5
**able**
10:23 24:10 25:9
27:12 28:8 30:21
31:5
**access**
25:24 31:14 32:9
**accessory**
23:8,19 24:7,10
**action**
36:15
**actual**
8:21
**administer**
3:10
**against-**
1:5
**AGREED**
3:4,19
**aisle**
23:2,3
**allowed**
9:13
**AND/OR**
35:16,17
**answer**
5:14 10:16,19 14:25
21:7,23 27:9,12
28:8,17 32:5
**answered**
27:23
**answering**
5:20 15:3
**answers**
28:6
**anybody**
8:25 18:15 24:17
31:22
**April**
1:10 36:19
**area**
13:6 15:19,19 16:3,5
16:9 17:4,5,7,8,10

17:11,13,14,16,22
17:23 18:6,11,16,19
18:22 19:11 21:20
22:5,13 23:7,11,13
23:14,21 24:3,7,10
24:11,14,18,23 26:9
32:15,19,23
**areas**
7:15 17:3 21:24 22:2
23:22 24:4 26:14
**asked**
5:21
**asking**
9:18 11:10
**assigned**
13:6
**associate**
13:17
**associates**
12:9
**attorney**
20:21
**Attorneys**
2:4,8
**authorized**
3:10
**availability**
11:21
**Avenue**
4:13 6:5
**aware**
7:17 20:5 29:25 30:2
31:18,21 32:4,10
**AZZARETTO**
2:10 4:14 6:23 7:22
8:19 9:3,8,13,23
10:10 11:10 14:6,11
14:17,25 15:8 20:13
28:16 33:3

**B**

**B**
35:2
**back**
10:16,19 12:14 13:18
20:16,19 21:21

26:11
**based**
10:2
**basement**
22:14,23,24
**basis**
15:11 28:11
**belong**
13:21
**belongs**
12:14 13:17,18
**big**
17:7,23 18:6
**bit**
29:16
**blood**
36:16
**break**
5:15,18,19 20:14,15
20:21 24:20
**bringing**
18:25
**Broadway**
2:5
**brought**
8:3
**business**
4:11
**busy**
18:24 19:9

**C**

**C**
2:2,10 34:2 36:2,2
**call**
22:5 24:7
**called**
4:2 16:24 17:5 23:7,8
**camera**
25:14
**cameras**
10:23,25 11:6,7,14
11:16,22 20:23
21:14,14,17,18,20
21:24,25 22:6,8
25:10 26:5,13,19

27:21
**capture**
21:22
**captures**
11:5
**carrying**
19:3
**carryout**
18:25 19:6
**case**
7:12 17:7
**category**
19:23
**certain**
7:15
**certification**
3:7
**Certified**
10:20
**certify**
34:4,8 36:9,14
**change**
26:7
**changes**
4:17
**charge**
15:21 32:14
**checklist**
12:18
**Circle**
13:6
**circular**
14:4
**Civil**
1:16
**clear**
14:18
**client**
17:4 31:7,15
**close**
22:21
**closing**
16:19
**Columbus**
4:12 6:5
**combined**



17:25 18:2
**come**
22:7
**comes**
21:6,12 26:2 28:12
28:24 29:5,7
**Companies**
1:7,14 2:9 6:14 7:11
30:8
**company**
8:5,5 10:14 30:10,12
31:19 32:3
**complete**
27:9
**computer**
26:24
**concluded**
33:7
**condition**
13:15
**conducting**
12:4
**cones**
28:18
**confusion**
14:5 15:10 20:22,25
**connect**
7:5
**continues**
27:10
**conversation**
7:23 9:9
**conversations**
10:3
**coordinators**
16:25 17:2
**copy**
3:13,16
**Corporate**
2:9
**correct**
6:8 11:18,19 13:22
20:23 22:11 23:2
24:15 26:20,21 28:3
28:4,6 29:20 30:17
30:18,22 32:24 34:9

**counsel**
3:5,16 7:23 8:2
**count**
13:5,9 19:17 21:17
25:15,16
**COUNTY**
36:5
**couple**
20:14 31:16
**Court**
1:2 3:12
**cover**
25:18
**coverage**
19:8 25:4 28:14,19
29:6,7,11,12 30:4
31:12
**covering**
29:25
**covers**
18:14
**current**
6:18
**customer**
19:2
**customers**
31:24
**CV**
1:5

_____
**D**

**D**
3:2 34:2 35:10
**daily**
12:4,8,24,25 15:11
28:11
**date**
1:10,17 19:25
**day**
11:23 12:9,11,11,24
13:3,4,8,9,23 15:20
15:23 16:6,9 21:6
21:21 24:16,24 26:4
27:6 29:22 30:20
34:19 36:19
**days**

3:15
**decor**
24:5
**Defendant**
1:8,13 2:8
**DELUCA**
2:8
**department**
11:3 20:8,9,12 21:3,4
21:6,11,12 22:15,21
23:9 25:25 27:15,18
28:2,13 30:13,25
31:9,10
**departments**
16:5
**depending**
11:5 19:9 25:2,4
**deposed**
4:24
**deposition**
1:13 3:7,8,13 7:6
8:10,14,15 10:2
**described**
19:11
**DESCRIPTION**
35:7
**designated**
7:11,16
**detail**
16:2
**determine**
13:13
**different**
6:20,24 16:18 20:4,8
21:4 24:4 25:24
26:6,13 29:17 31:10
**difficult**
7:9
**digital**
26:23
**discussed**
9:17
**discussion**
20:18
**display**
32:13,22

**disposed**
27:8
**disposition**
11:21
**DISTRICT**
1:2,2
**document**
8:17,22
**documents**
15:13 35:16,17
**doing**
13:7 15:23,24 19:6
**Donald**
1:18 36:7,22
**downstairs**
22:16
**drive**
2:9 26:24
**duly**
4:3 34:5 36:11
**duty**
25:7

_____
**E**

**E**
2:2,2 3:2,2 4:2,2 34:2
35:2,10 36:2,2
**effect**
3:11,14
**employed**
6:12 30:12,16
**employees**
24:22 25:5,7 30:5,7
32:18
**employment**
30:15
**ends**
16:7,15
**entire**
24:10,14
**entrance**
25:12,15
**ESQ**
2:3,6,10
**event**
8:18 9:21,22 10:6



21:22 22:2,4,19
32:11
**everyday**
8:4
**Exactly**
29:15
**examination**
4:6 33:6 35:12 36:10
36:12
**examined**
4:5
**Exhibit**
8:13 35:6,6
**EXHIBITS**
35:4
**explain**
15:25

### F

**F**
3:2 36:2
**factual**
21:8
**far**
24:3
**feature**
22:16
**Federal**
1:16
**feet**
18:2,3,5,7,8,8 23:15
23:17
**fell**
10:12 17:5 31:7,16
**filing**
3:6
**find**
32:6
**finish**
5:11,12,20
**first**
4:3,25 10:21 22:25
25:10 31:7 34:4
**five**
25:2
**fix**

25:7
**fixed**
26:8
**floor**
12:13 13:16 22:6,9
22:14,22 23:4 25:10
25:16 31:7
**floors**
25:19
**follows**
4:5
**footage**
26:3
**force**
3:14
**foregoing**
34:8
**form**
3:20
**forth**
36:11
**four**
17:22
**front**
26:10
**furniture**
17:8,13,16,17,19,21
19:11 22:5,13,16,21
**further**
3:19 33:2 34:8 36:14

### G

**G**
2:3,6
**general**
21:5,10,12 28:13,23
31:12
**generated**
15:13
**Germila**
1:18 36:7,22
**give**
28:19 30:21
**given**
8:24 19:10,13,20
24:21 30:20 34:10

36:13
**go**
16:7 21:5 26:16
**goes**
15:5 16:14 18:13
**good**
4:19,22
**goods**
12:10 15:22
**ground**
22:14,22
**guard**
29:14,19,20 30:17
31:6
**guards**
19:24 20:10 28:10
29:3 30:11,20

### H

**H**
35:2
**hand**
36:19
**handled**
11:2
**handles**
20:9
**happen**
27:6
**happened**
9:21 21:22 22:2,5
25:21 26:4 31:22
**happens**
12:9,19,23,25 13:22
27:2,24
**hard**
10:16 26:24
**Hauppauge**
2:10
**heard**
28:15
**held**
1:17 20:18
**helping**
24:19
**hereinbefore**

34:11 36:11
**hereunto**
36:18
**highlight**
15:6
**home**
24:5
**HomeGoods**
6:2,4,13 28:22 30:5

### I

**idea**
11:7
**identify**
31:6
**important**
5:5
**incident**
6:7 26:4
**include**
17:21
**includes**
17:17
**including**
19:16
**indicate**
30:16
**information**
11:15,24 12:6 26:18
27:4 30:22 35:16,17
**informed**
9:5
**inspected**
15:18
**inspections**
12:5,16
**inspects**
16:14
**instruction**
14:15
**interested**
36:17
**interruption**
14:12,14
**interruptions**
14:9



**iPhone**
7:5

**J**

**J**
4:1,2 5:1 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
**Jaime**
9:17 33:4
**Jamie**
1:14 4:10 34:15
**JANNACE**
2:8
**job**
5:7 6:19
**Judge**
3:12

**K**

**kept**
27:25,25
**kind**
14:3
**KINGS**
36:5
**know**
5:16 7:25 8:20,21
9:20,22,24 10:5
11:3,5,7,11 14:23
15:16 17:6 18:4
19:8 21:5,9,9,18,21
22:4,8,20 25:13,25
26:2 27:6,10,11
28:11 29:23 30:3,19
31:4,8,19 32:3
**knows**
14:10 29:19

**L**

**L**

3:2,2 34:2
**large**
23:14
**LAW**
2:3
**lawsuit**
6:7
**lawyer**
5:4,18
**learned**
9:12,14
**leaves**
16:10
**left**
23:5
**level**
22:14
**levels**
22:10
**LINE**
35:21
**list**
8:24
**lists**
8:10
**little**
15:25 29:16
**LLP**
2:8
**located**
11:6,8 25:11
**location**
6:6,21,24 10:13,22
10:25 11:13
**long**
5:19 6:9,12,25 8:6
18:8 23:17 26:16
27:24
**lost**
11:2 20:11 21:10
22:7 27:14,17 28:2
30:13,24 31:9
**lot**
18:23

**M**

**M**
4:2
**main**
22:15 23:3
**maintenance**
11:21
**making**
12:12,15 15:22 16:8
**manage**
27:20
**management**
27:20 28:22 29:24
30:3 31:11
**manager**
5:24 6:3,10,18,20,24
7:2 15:18 16:14,19
16:20
**managers**
16:25
**March**
8:13
**MARKED**
35:20
**marriage**
36:16
**Mary**
2:10 14:8
**matter**
8:9 9:15,25 10:21
11:18,20,25 12:7
20:3 36:17
**matters**
7:20 8:11,25 9:6
**McCoy**
1:3 2:4 10:12
**mean**
12:21 18:7 24:2
26:12 28:20 29:10
29:14
**means**
12:12
**measurement**
18:5
**merchandise**
16:8 18:25 19:3 23:5
23:19

**MICHAEL**
2:3,6
**mid-manager**
16:20
**minutes**
20:14
**mirrors**
17:22
**misunderstanding**
21:2
**Mm-hmm**
8:8
**monitor**
25:13
**morning**
4:19
**motions**
25:14
**move**
26:12
**moved**
26:5

**N**

**N**
2:2 3:2 4:2,2 34:2
35:10
**name**
4:8
**need**
13:10 14:2,8 15:6
20:15
**needed**
13:11,14 27:23
**needs**
15:9
**New**
1:2,19 2:5,5,10 4:4
4:13,13 36:4,8
**nineteen**
6:14,15
**Notary**
1:18 4:3 34:22 36:7
**notation**
12:18
**note**



9:8,23 10:10
**noted**
4:18 13:10
**notice**
1:15 8:10,14
**number**
11:18 12:3 19:23
  35:7

---

**O**

**O**
3:2 34:2
**O'NEILL**
2:3,6 4:7,18 7:8,24
  8:12 9:11 10:15
  14:8,13,20 15:5
  20:19 32:25 35:13
**oath**
3:11
**objection**
9:8,24 10:10 14:14
**objections**
3:20
**obvious**
5:10
**obviously**
9:21 13:16 29:18
**occurrence**
11:23 19:25
**off-the-record**
20:17
**OFFICES**
2:3
**okay**
4:18 7:4 10:9 11:17
  11:20 16:3 20:14,16
  25:3
**older**
18:23
**ones**
11:9 31:2
**opening**
16:19
**organized**
15:19
**original**

3:8,16
**outcome**
36:17
**outside**
19:2

---

**P**

**P**
2:2,2 3:2 4:2
**PAGE**
35:7,12,17,21
**paper**
12:18
**part**
17:18
**part-timers**
24:25
**part-times**
16:11
**particular**
32:13
**parties**
3:6 36:15
**Penna**
1:14 4:1,10,19 5:1
  6:1 7:1 8:1,16 9:1
  10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1
  18:1 19:1 20:1,20
  21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1
  33:1 34:1,15 35:1
  36:1
**people**
18:21,23 19:3,9,12
  24:22
**percent**
11:8
**perimeter**
23:25
**period**
27:7
**person**
5:9 16:10 17:13
  18:13 19:7,20

**pertaining**
21:19
**pick**
12:13
**picks**
25:14
**place**
4:11 13:16,21,25
  14:3 22:19 25:6
  34:11
**places**
26:6
**plain**
24:12
**Plaintiff**
1:4,15 2:4
**PLAINTIFF'S**
35:4
**please**
4:8,17 5:12 16:2
**point**
19:5,6 20:7 26:10
  29:21 32:15
**position**
5:23 6:19 28:24
**positions**
26:7
**prepare**
7:18 9:25
**presence**
29:13
**Pretty**
4:22
**prevention**
11:3 20:11 21:10
  22:7 27:14,17 28:2
  30:13,24 31:9
**probably**
21:5 23:15 27:7
**Procedure**
1:16
**process**
5:17
**properly**
5:9,14 29:9
**provisions**

19:24
**Public**
1:18 4:4 34:22 36:7
**purpose**
13:19,24
**pursuant**
1:15
**put**
4:14 12:10,13 13:16
  25:8
**puts**
13:17
**putting**
13:8 15:21 31:22

---

**Q**

**question**
5:11,20 10:5,19
  11:11 14:17,22,23
  15:6 21:20 26:19
  27:13,23 28:6 29:16
  32:2 35:21
**questions**
5:16 20:22 21:7 28:9
  33:2 35:20

---

**R**

**R**
2:2 3:2 34:2 36:2
**read**
10:15,19
**ready**
5:21
**really**
14:9
**recall**
4:25 25:13
**record**
4:9,15 20:19 26:11
  26:20 27:10 36:12
**recorded**
25:22
**recording**
26:6,9,22 27:6
**recordings**
26:23 27:3,24



**records**
22:20 30:16 31:4,5
  31:14
**recover**
15:23 16:9,20
**recovery**
12:8,11
**recycle**
27:10
**reference**
9:9
**referred-to**
10:18
**referring**
22:3 23:4
**regarding**
11:12
**regular**
12:20,21
**related**
36:14
**remember**
5:6
**reminded**
15:9
**report**
26:2
**reported**
1:17
**reporter**
5:7,13
**REQUESTED**
35:16
**requirement**
20:5
**requires**
18:24
**reserved**
3:21
**reserves**
4:16
**Respeak**
28:16
**respect**
7:19 10:24 11:24
  12:6 20:2 32:22

**respective**
3:5
**respond**
15:21
**responsibility**
32:22
**responsible**
16:4 17:15 23:23
  32:12
**result**
15:14
**right**
4:16 7:24 20:16 23:6
**rotate**
26:8
**routine**
12:4,20,22 15:12
**routines**
12:8
**rugs**
17:17,22
**rules**
1:16 5:5
**RULINGS**
35:20
**run**
31:9
**running**
11:4

———————— S ————————
**S**
2:2 3:2,2 35:2
**safety**
12:4,16 13:19,24
  15:14,16
**sales**
22:6,8 25:18
**saw**
8:21 25:5
**saying**
16:13 29:4
**schedule**
12:15 28:24 29:3
  31:2
**sealing**

3:6
**second**
19:7
**section**
16:23
**security**
19:24 20:9,23 21:14
  28:9 29:3,13,18,20
  30:11,17,20 31:6
**see**
13:20,25 24:10
**seen**
8:16
**sees**
14:2
**service**
3:15
**set**
36:11,18
**shelf**
12:10
**shift**
16:6,14 18:12 24:14
**shifts**
16:17,18
**shopping**
31:24
**shown**
8:9,12
**side**
6:5 26:11
**sight**
24:12
**signed**
3:9,11,14
**SIMMONS**
2:8
**six**
19:23
**somebody**
14:2 15:20 18:14
  19:5 29:19 30:21
  32:8
**sorry**
5:2
**sort**

26:24
**SOUTHERN**
1:2
**speak**
28:13,23
**specific**
11:11
**specifically**
25:15 28:21
**specified**
34:11
**spoke**
7:25
**square**
18:5
**SS**
36:4
**stacked**
31:16
**stacking**
31:20
**staffing**
19:24 28:9
**standard**
16:5
**state**
1:18 4:4,8 36:4,8
**statement**
4:15
**STATES**
1:2
**stay**
26:8
**Stenographer**
10:20
**STIPULATED**
3:4,19
**stools**
31:16
**store**
4:12 5:24 6:3,9,17,18
  6:20,23,25 10:11,23
  11:14,22 16:3,6,21
  16:23 17:3,18 18:24
  19:25 20:6 21:15,19
  21:24 22:10,25



24:22 26:7 27:16,18
28:10,19 29:6,12,19
30:17 31:10
**store's**
12:3
**strictly**
18:19
**stuff**
12:13 13:8
**subject**
7:19 8:9,10,24 9:6,15
9:25 10:21 11:18,20
11:24 12:6 20:2
**Subscribed**
34:18
**Suite**
2:5
**supervisor**
15:20 16:4,23 17:9
17:11,12 18:10,17
19:16,20 23:10,12
23:21 24:6,9,13,25
32:16,17
**supervisors**
17:2
**support**
28:12 29:5,6,10,11
29:14
**suppose**
26:25 29:17
**sure**
5:4 12:12 14:18 15:2
15:22 16:8 19:8
26:5 27:5,9 28:15
29:9
**sweep**
13:20,25 15:17 26:13
**sweeps**
12:5,16 15:14
**switch**
26:10
**sworn**
3:9 4:3 34:5,18 36:11
**system**
11:4 27:8

**T**

**T**
3:2,2 34:2 35:2 36:2
36:2
**take**
5:7,15,18,19 8:8
17:10 20:13 26:16
**taken**
1:15 11:22
**takes**
16:11 26:13
**talk**
28:5 31:11
**talked**
8:18,20
**talks**
5:9
**team**
15:11 28:23 29:24
30:3 31:11
**tell**
6:22 9:14,16 14:7,20
25:9 29:2
**tells**
9:11
**ten**
7:3 18:2,3,7,8,8
**TERESA**
1:3 2:4
**terms**
29:8
**testified**
4:5 10:22
**testify**
7:16,19 10:8,24
11:17 20:2 21:11,13
21:16 28:18 34:5
**testifying**
9:6 11:12
**testimony**
34:6,10 36:13
**Thank**
33:2,4
**thanks**
4:23

**thing**
5:6 26:2
**think**
5:5 25:13
**thought**
16:22
**three**
6:11 12:3 25:17
**three-minute**
20:15
**ticket**
17:7
**time**
1:11,17 3:21 4:25
5:10,16,19 8:6
10:16 18:11,14 19:4
19:5,7,10,13,14,21
20:7 24:21 27:7
29:21 34:10
**times**
13:4 24:19
**title**
5:23
**TJX**
1:7,13 2:9 6:14 7:11
30:6,7,9,10,12
**today**
11:12
**told**
10:7
**top**
25:16 31:17,23
**topic**
11:13
**transcript**
4:17 34:9,9
**trial**
3:21
**true**
34:9 36:12
**truth**
34:5
**trying**
4:23
**two**
11:20 19:8,12 22:10

25:17

**U**

**U**
3:2
**unclear**
14:24
**understand**
7:10,14 9:18 14:4,21
14:23 15:10 22:18
27:22 29:9 31:15
**understanding**
10:17
**understands**
14:19 15:2,4
**UNITED**
1:2
**unsigned**
3:13
**Upper**
6:4
**upstairs**
22:17 23:4,25 24:8
**use**
7:5
**usually**
11:2 23:24 29:6,24

**V**

**VEC**
1:5
**versa**
26:11
**vice**
26:11
**video**
10:23 11:13 25:10
32:10
**videos**
11:22 25:21
**visible**
11:8

**W**

**waived**
3:8



walk
22:25
wall
23:18,20
want
4:14 5:15,19 7:24
  8:19 14:15,18 15:2
  23:16
wanted
30:19
wants
8:21 9:24 11:11
way
36:16
weekend
19:15
went
5:4 15:6
West
6:4
WHEREOF
36:18
wide
18:8
witness
1:14 3:9,15,17 4:2,16
  7:12 8:13 9:10 15:9
  33:6 36:10,13,18
word
17:20
work
10:14 28:21,21,25
  31:13
working
18:16,22 24:18 31:6
writing
8:25

--- X ---
X
1:3,8 35:2,10

--- Y ---
years
6:11,14,15 7:3
York

1:2,19 2:5,5,10 4:4
  4:13,13 36:4,8

--- Z ---

--- 0 ---
04907
1:5

--- 1 ---
1
3:16
10:04
1:11
10:47
33:5
100
11:8
10007
2:5
10025
4:13
11
8:14
11788
2:10
19
23:15,17

--- 2 ---
20
34:19
2022
1:10 8:14 36:19
21
1:5
217
2:5
25
1:10
25th
36:19

--- 3 ---
30
3:15

306
2:5

--- 4 ---
4
35:13
43
2:9

--- 5 ---
5
8:13

--- 6 ---

--- 7 ---
795
4:12 6:5

--- 8 ---

--- 9 ---

