UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Teresa McCoy,

            Plaintiff,

- against -

The TJX Companies, Inc.,

            Defendant.

21 CV 04907 (VEC)( )

Declaration of Teresa McCoy

Teresa McCoy declares under penalty of perjury that the following statements are true:

1. I am the plaintiff and I submit this declaration in opposition to defendant's motion for summary judgment.

2. I took the photo annexed hereto as Exhibit A.

3. Exhibit A truly and accurately depicts a video monitor that is positioned on the ceiling at the Store near the front entrance. I am clearly visible in the monitor, taking a picture. When I took the picture, I was standing approximately where I fell and facing the front of the store, i.e., the where the entrance from the sidewalk is located. Any video recorded from the camera that is connected to the monitor would have recorded my fall and events prior to my fall, such as the stacking of the stools.

Dated: New York, New York
      September 19, 2022

                                                _____
                                                Teresa McCoy

# Exhibit A

