UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Teresa McCoy,<br><br>               Plaintiff,<br><br>- against -<br><br>The TJX Companies, Inc.,<br><br>               Defendant. | 21 CV 04907 (VEC)( )<br><br>Declaration of Jon Conner |

Jon Conner declares under penalty of perjury that the following statements are true:

1. I was formerly employed by the TJX Companies as a Loss Prevention store detective in its Home Goods store at 795 Columbus Avenue, New York, New York 10025 (the "Store.") My period of employment included July, 2019.

2. The photo annexed hereto as Exhibit A truly and accurately depicts a security monitor that was positioned on the ceiling at the Store near the front entrance.

3. The monitor displayed images from a nearby video camera, also mounted on the ceiling. Exhibit B truly and accurately depicts that video camera. The video camera was connected to the Store's video recording system.

Dated: New York, New York
      September 8, 2022

                                                    _____
                                                     Jon Conner

# Exhibit A



# Exhibit B

