**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TERESA MCCOY,

                Plaintiff,                21 **CIVIL** 4907 (VEC)

     -against-                       **JUDGMENT**

THE TJX COMPANIES, INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated July 19, 2023, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          July 19, 2023

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

                **BY:**     *K. Mango*

                                          **Deputy Clerk**